TROUTMAN PEPPER LOCKE LLP
Jeffrey M. Goldman (SBN 233840)
jeffrey.goldman@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:     213.928.9800
Facsimile:     213.928.9850

T. Scott Mills (SBN 313554)
scott.mills@troutman.com
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
Telephone:     404.885.3000
Facsimile:     404.885.3900

Jeremy D. Heep (*pro hac vice* forthcoming)
jeremy.heep@troutman.com
Daniel J. Boland (*pro hac vice* forthcoming)
daniel.boland@troutman.com
3000 Two Logan Square, Eighteenth & Arch Streets
Philadelphia, Pennsylvania 19103
Telephone:     215.981.4000
Facsimile:     215.981.4750

*Attorneys for Plaintiff Volvo Group North America LLC*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, INC., PACCAR INC., and VOLVO GROUP NORTH AMERICA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA AIR RESOURCES BOARD; <br><br> STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; <br><br> and GAVIN NEWSOM, in his official capacity as the Governor of California, <br><br> Defendants. | Civil Action No. 2:25-at-01037 <br><br> **VOLVO GROUP NORTH AMERICA, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Volvo Group North America, LLC by and through its undersigned counsel, states as follows:

1. Mack Trucks, Inc. is the sole member of Volvo Group North America, LLC.

2. Mack Trucks, Inc. is a Pennsylvania corporation with its principal place of business in Greensboro, North Carolina.

3. Mack Trucks, Inc. is a wholly owned subsidiary of VNA Holding, Inc., a Delaware corporation with its principal place of business in Greensboro, North Carolina.

4. VNA Holding, Inc. is a wholly owned subsidiary of AB Volvo, a Swedish corporation. AB Volvo's shares are listed on the Nasdaq OMX Nordic Exchange and are traded "over the counter" (OTC) in the United States.


Dated: August 11, 2025                             Respectfully Submitted,

                                                   TROUTMAN PEPPER LOCKE LLP


                                                   /s/ *Jeffrey M. Goldman*
                                                   Jeffrey M. Goldman
                                                   Jeremy Heep
                                                   Daniel J. Boland
                                                   T. Scott Mills

                                                   *Counsel for Plaintiff Volvo Group North America, LLC*

Volvo Corporate Disclosure Statement