LATHAM & WATKINS LLP
ROBIN M. HULSHIZER, SBN 158486
Robin.hulshizer@lw.com
ARTHUR FOERSTER (*pro hac vice application forthcoming*)
Arthur.foerster@lw.com
KEVIN M. JAKOPCHEK (*pro hac vice application forthcoming*)
Kevin.jakopchek@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767

BELINDA S LEE, SBN 199635
Belinda.lee@lw.com
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

*Attorneys for Plaintiff
International Motors, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC., and VOLVO GROUP NORTH AMERICA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; GAVIN NEWSOM, in his official capacity as the Governor of California.<br><br>Defendants. | CASE NO. 2:25-at-01037<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF INTERNATIONAL MOTORS, LLC** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant International Motors, LLC, f/k/a Navistar, Inc. ("International")[1] states that it is a wholly owned subsidiary of Navistar International Corporation. The following are parent companies, subsidiaries, affiliates, or companies which own at least 5% of the stock of Navistar International Corporation:

1. TRATON SE, which is publicly traded, primarily on the Frankfurt Stock Exchange in Frankfurt, Germany, under the symbol "8TRA."
2. Volkswagen Finance Luxemburg S.A., Volkswagen International Luxembourg S.A., TRATON International S.A., and TRATON US, LLC.
3. Volkswagen AG, which is publicly traded, primarily on the Frankfurt Stock Exchange, under the symbol "VOW."

Dated: August 11, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ *Robin M. Hulshizer*
Robin M. Hulshizer

ROBIN M. HULSHIZER, SBN 158486
Robin.hulshizer@lw.com
ARTHUR FOERSTER (*pro hac vice application forthcoming*)
Arthur.foerster@lw.com
KEVIN M. JAKOPCHEK (*pro hac vice application forthcoming*)
Kevin.jakopchek@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767

BELINDA S LEE, SBN 199635
Belinda.lee@lw.com
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

*Attorneys for Plaintiff International Motors, LLC*

---

[1] Navistar, Inc. underwent a corporate rebranding effective October 1, 2024, to International Motors, LLC d/b/a International Motors USA LLC in Illinois and Ohio.