GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA  94301-1744
Telephone:     650.849.5395
Facsimile:     640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, State Bar No. 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:     415.393.8293
Facsimile:     415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER (*pro hac vice* forthcoming)
MIGUEL A. ESTRADA (*pro hac vice* forthcoming)
VERONICA J.T. GOODSON, State Bar No. 314367
1700 M Street, N.W.
Washington, D.C.  20036-4504
Telephone:     202.955.8500
Facsimile:     202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC; INTERNATIONAL MOTORS, LLC; PACCAR INC; VOLVO GROUP NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; GAVIN NEWSOM, in his official capacity as the Governor of California.<br><br>Defendants. | CASE NO. 2:25-at-01037<br><br>**DAIMLER TRUCK NORTH AMERICA LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Daimler Truck North America LLC ("DTNA") files this Disclosure Statement, and respectfully states as follows:

**Parent corporation of DTNA**: DTNA is a wholly owned subsidiary of Daimler Truck & Buses US Holdings, LLC. Daimler Truck & Buses US Holdings, LLC is a wholly owned subsidiary of Daimler Truck AG. Daimler Truck Holding AG is the parent company of Daimler Truck AG and is a German stock exchange traded company.

**Publicly held corporations owning 10% or more of DTNA's stock**: None. However, Daimler Truck Holding AG is publicly held and wholly owns DTNA through other entities.

**Affiliates of DTNA**: Daimler Truck & Buses US Holdings, LLC; Daimler Truck AG; Daimler Truck Holding AG.

DATE: August 11, 2025

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Benjamin Wagner*
BENJAMIN WAGNER
RACHEL S. BRASS
STACIE FLETCHER
MIGUEL A. ESTRADA
VERONICA J.T. GOODSON
*Attorneys for Plaintiff Daimler Truck North America LLC*